AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

Northern District of Florida

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| | Case No.    1:11-mj-60 GRJ |
| ROBERTO RODRIGUEZ | USM No. |
| | _____ |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 38.CFR.1.218(b)(8) | Trespass | 8/11/2011 | 1 |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| Total: | $ 10.00 | $ 50.00 and $25.00 processing fee |

Last Four Digits of Defendant's Soc. Sec. No.:   7013

Defendant's Year of Birth:   1955

City and State of Defendant's Residence:
Gainesville, FL

12/07/2011
Date of Imposition of Judgment

*/s/ Gary R. Jones*
Signature of Judge

GARY R. JONES, U.S. MAGISTRATE JUDGE
Name and Title of Judge

12/07/2011
Date